OPINION — AG — THE HOLDER OF A LEASEHOLD ESTATE OF NINETY NINE YEARS, LIVING IN A DWELLING BUILT THEREON BY THE LESSEE, WITH HER LEASE OF RECORD PRIOR TO JANUARY 1ST, WOULD NOT BE ENTITLED TO CLAIM HOMESTEAD EXEMPTION OF SAID LEASEHOLD ESTATE. CITE: OPINION NO. FEBRUARY 5, 1937 — SAMS, 68 O.S. 1961 33 [68-33], ARTICLE XII (W. J. MONROE) ** SEE: OPINION NO. 69-308 (1969) **